# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand twenty-six.

Before:    Richard C. Wesley,
           Steven J. Menashi,
                *Circuit Judges*.[*]

_____

Broadcast Music, Inc.,

        Petitioner-Appellee-Cross-Appellant,

v.

North American Concert Promoters Association,

        Respondent-Appellant-Cross-Appellee.

_____

**JUDGMENT**

Docket Nos. 23-935(L), 23-1004(XAP)

The appeals in the above captioned case from orders and a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings consistent with this Court's opinion.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

---

[*] Judge Beth Robinson, originally a member of the panel, recused and took no part in the resolution of this appeal. The two remaining members of the panel, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b); *United States v. Desimone*, 140 F.3d 457, 458-59 (2d Cir. 1998).