# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand twenty-six.

_____

Broadcast Music, Inc.,

      Petitioner - Appellee-Cross-Appellant,

v.

North American Concert Promoters Association,

      Respondent - Appellant-Cross-Appellee.

_____

**ORDER**

Docket Nos: 23-935 (Lead)
               23-1004 (XAP)

Petitioner-Appellee-Cross-Appellant, Broadcast Music, Inc., filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*.  The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc.*

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk